UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

*******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 12-30108-RAL |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANT'S |
| CHAD TWO HEARTS, | * | MOTION TO SUPPRESS STATEMENTS |
| Defendant. | * | |

*******************************************************************************

FILED
AUG 16 2013
CLERK

Defendant, Chad Two Hearts, has filed a Motion to Suppress Statements, Docket No. 31. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the August 16, 2013 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be denied in all respects.

Dated this 16th day of August, 2013, at Pierre, South Dakota.

BY THE COURT:

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

# NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition by within four (4) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).